UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:09-CV-21112-GOLD/MCALILEY

IOANNIS KAFOUROS,

    Plaintiff,

v.

CEGW, INC./TIMES-SHAMROCK COMMUNICATIONS
and VAN SMITH,

    Defendant.

_____/

ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO TRANSFER [DE 11];
TRANSFERRING AND CLOSING CASE

THIS CAUSE is before the Court upon Defendants' Stipulated Motion to Transfer

[DE 11] ("Stipulated Motion"), indicating that Defendants and Plaintiff stipulate and consent

to the present action being transferred to the District of Maryland, Northern Division.

Defendants had previously filed a Motion to Dismiss for Lack of Jurisdiction, or Alternatively

for Improper Venue, or Motion to Transfer Venue [DE 2 and 4] ("Motion to Dismiss"). I

grant the parties' Stipulated Motion, rendering Defendants' Motion to Dismiss moot.

Accordingly, it is hereby

    ORDERED AND ADJUDGED:

    1.    The Stipulated Motion [DE 11] is GRANTED and this case shall be
          TRANSFERRED to the District of Maryland, Northern Division.

    2.    The Motion to Dismiss [DE 2 and 4] is DENIED as MOOT.

    3.    All hearings in front of the Honorable Alan S. Gold are CANCELLED.

    4.    The Clerk of the Court is instructed to CLOSE this case.

DONE AND ORDERED IN CHAMBERS at Miami, Florida this _9_ day of June,

2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
Counsel of record